MIE 1
Revised 09/18

Order of the Court to Close Supervision

**UNITED STATES DISTRICT COURT**
**for the**
**Eastern District of Michigan**

UNITED STATES OF AMERICA

    v.

WELLS, Terrall                      Crim. No.: 12-CR-20814-01

On 02/05/2019, the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violation(s) of supervision. The issue(s) of the violation(s) were heard in Court on 02/26/2019, and the Court made the following finding(s):

WELLS admitted guilt to Violation Numbers 1, 2, 4, and 5, with the remaining violations being dismissed pursuant to the government's motion. Supervision is unsuccessfully terminated, and the case is closed, effective 02/26/2019.

Respectfully submitted,

s\Kerry F. Horton II
United States Probation Officer
(810) 341-7864

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter has been resolved and supervision in this case is unsuccessfully terminated.

Dated this 6th day of March, 2019.

s/Matthew F. Leitman
Matthew F. Leitman
United States District Judge